**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JUNE M. WILSON,**

        **Plaintiff,**

**-vs-**                                         **Case No.  6:10-cv-1027-Orl-28DAB**

**BEACHSIDE INVESTMENT OF**
**BREVARD, INC., JERRY ROBERTS,**

        **Defendants.**
_____

## ORDER

This case is before the Court on Plaintiff's Agreed Motion to Approve Settlement Agreement and to Dismiss Case with Prejudice (Doc. No. 39) filed May 10, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 13, 2011 (Doc. No. 40) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Agreed Motion to Approve Settlement Agreement and to Dismiss Case with Prejudice (Doc. No. 39) is **GRANTED** as to the agreement; it is **DENIED** to the extent that the Court declines to retain jurisdiction to enforce the terms of the agreement.

3. This case is dismissed with prejudice.

4. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __6th__ day of June, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge